IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GREGORY RIVERS                                                                           PLAINTIFF

V.                                                      CIVIL ACTION NO. 3:25-cv-156-CWR-LGI

MANAGEMENT & TRAINING CORPORATION,
and JOHN AND JANE DOES 1-100                                                     DEFENDANTS

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   Records Department
      Mississippi State Penitentiary
      P.O. Box 880
      Parchman, MS 38738

YOU ARE HEREBY COMMANDED to produce the body of **GREGORY RIVERS, MDOC# 210952 (located at the Wilkinson County Correctional Facility ("WCCF") located in Woodville, Wilkinson County, Mississippi)** be present at the settlement conference in this matter before the Honorable LaKeysha Greer Isaac, United States Magistrate Judge, United States District Court for the Southern District of Mississippi, 501 E. Court Street, Jackson, MS, Courtroom 6D, on **Tuesday, March 3, 2026, at 9:30 a.m**

And have you then and there this Writ.

WITNESS the Honorable Arthur Johnston, Clerk, United States District Court for the Southern District of Mississippi, this the __13th__ day of __February__, 2026.



                         Arthur Johnston, Clerk, United States District Court
                         Southern District of Mississippi

                 By:    _O. Hefner_____
                                       Deputy Clerk